Michael J. DANIELS, Plaintiff–
Appellant,

v.

People of the State of CALIFORNIA;
et al., Defendants–Appellees.

No. 00–56969.
D.C. No. CV–00–11132–TJH.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001.[*]

Decided Sept. 21, 2001.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Appellant's motion to proceed without oral argument is granted.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM [**]

■ Michael J. Daniels, a California state prisoner, appeals pro se the district court's order denying him leave to file his 42 U.S.C. § 1983 action without prepayment of the full filing fee. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the denial of leave to proceed in forma pauperis, and we review de novo the determination that Daniels's complaint lacked merit. *Tripati v. First Nat'l Bank & Trust,* 821 F.2d 1368, 1369 (9th Cir.1987). We affirm.

■ The district court did not err in denying Daniels leave to proceed in forma pauperis because, in his complaint, Daniels seeks to challenge his state court convic-

tion, for which his exclusive federal remedy is a writ of habeas corpus. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

Daniels's pending motion for reconsideration is denied as untimely.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

